

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY CLARK DAVIS<br>  FED. REG. # 00864-164<br>VS.<br><br>WARDEN JOE KEFFER | CIVIL ACTION NO. 09-1841<br><br>SECTION P<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10TC day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE